concur; Lazansky, P. J., and Hagarty, J., dissent upon the ground that the proof of damage is vague and the measure of that damage improper, and upon the further ground that the cause of action as to the mound rested in contract, does not belong to plaintiff and is barred by the Statute of Limitations.

GENEROSO CONTE, Plaintiff, v. OLYMPIO VENUTI, Also Known as OLYMPIA VENUTI, Appellant, and GENEROSO VENUTI, Defendant. JAMES ROMEO, Purchaser, Respondent.— Order dated July 25, 1930, reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Appeal from order, dated June 27, 1930, dismissed, without costs, on the ground that Olympio Venuti, the appellant, was not a party aggrieved. The said order of June 27, 1930, was without binding force upon Olympio Venuti because it was an order made with reference to surplus moneys, of the motion with reference to which Olympio Venuti, the owner of the equity of redemption, was entitled to notice. His remedy is by motion to vacate, which should be granted. He is entitled to the surplus moneys. His wife, Generoso Venuti, who was not a party to the mortgage, has no interest in said surplus moneys. A motion to vacate the order of June 27, 1930, in so far as it directs the county treasurer to hold the moneys as and for the dower of Generoso Venuti, should be made forthwith to relieve the county treasurer of the embarrassment of a conflict between the order to be made by this court directing him to pay the moneys to Olympio Venuti, the appellant, and the order of June 27, 1930, which directs him to hold the moneys subject to the dower right of Generoso Venuti. Lazansky, P. J., Rich, Young, Hagarty and Tompkins, JJ., concur.

EDITH A. ENNISSON, as Executrix, etc., of WALTER JAY ENNISSON, Deceased, Respondent, v. " BENJAMIN " EARL APPLETON, the Name " Benjamin " Being Fictitious, the Real Christian Name of Said Defendant Being Unknown to Plaintiff, Defendant, Impleaded with WALTER D. BEARDSLEY and Others, Appellants.— Order granting plaintiff's motion for examination before trial and for discovery and inspection affirmed, with ten dollars costs and disbursements; examination to proceed on five days' notice before the referee named in the order and at the place therein stated. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

LOUIS R. GANS, Appellant, v. STEPHEN CALLAGHAN, Respondent, and Others, Defendants.*— Order granting motion of defendant Callaghan to dismiss the complaint as to him affirmed, with ten dollars costs and disbursements. No opinion. Kapper, Carswell, Scudder and Tompkins, JJ., concur; Lazansky, P. J., not voting. [135 Misc. 881.]

MOLLIE GILLMAN, Respondent, v. GEORGE GILLMAN, Appellant.— Order granting plaintiff's motion for alimony *pendente lite* and counsel fee affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

FREDERICK GROSS Respondent, v. McCRORY STORES CORPORATION, Appellant. — Appeal withdrawn upon stipulation of counsel. Present — Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ.

ISABELLE HORTON, Respondent, v. A. I. NAMM & SON, Appellant.— Judgment reversed upon the law and the facts, with costs, and complaint dismissed, with costs. No actionable negligence is shown in this record. Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ., concur.

---

* Appeal dismissed, 256 N. Y. ——.